IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN CORNWELL, JR.,

    Petitioner,

vs.

EDDIE YLST, Acting Warden of the California State Prison at San Quentin,

    Respondent.

_____/

No. CIV S-06-0705 DFL GGH P

**DEATH PENALTY CASE**

<u>ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS AND FOR APPOINTMENT OF COUNSEL</u>

    Petitioner is a state prisoner proceeding pro se. He has filed applications pursuant to Local Rule 81-191 for leave to proceed in forma pauperis and for appointment of counsel.

    Good cause appearing, IT IS HEREBY ORDERED as follows:

    1. Petitioner's request to proceed in forma pauperis is granted;

    2. No order regarding a stay of execution shall be issued unless and until an execution date is set by the state courts.

    3. Petitioner's application for appointment of counsel is granted. Pending approval by the Court of substitute counsel, the Federal Defender is appointed to represent

\\\\\

\\\\\

1

petitioner.  The court is unlikely to approve appointment of private counsel if private counsel are the sole counsel in the case.

DATED: 4/5/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

corn0705.ord

2