1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  JOSEPH SCHLESINGER, SB #87692
   Assistant Federal Defender
3  TIVON SCHARDL, Fla. Bar #73016
   Assistant Federal Defender
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone:    916-498-6666

6  A. RICHARD ELLIS, Bar #64051
   Attorney at Law
7  75 Magee Avenue
   Mill Valley, California  94941
8  Telephone:    415-389-6771
   E-mail:       a.r.ellis@worldnett.att.net
9
   Attorneys for Petitioner
10 GLENN CORNWELL, Jr.

11

12
                    IN THE UNITED STATES DISTRICT COURT
13
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
14

15
   GLENN CORNWELL, Jr.,              )   NO. CIV-S-06-0705 DFL GGH
16                                   )
          Petitioner,                )   **CAPITAL CASE**
17                                   )
          v.                         )
18                                   )
   WARDEN, San Quentin State Prison, )   **APPLICATION FOR SUBSTITUTION OF**
19                                   )   **COUNSEL**
          Respondent.                )
20                                   )
   _____   )
21

22         COMES NOW Petitioner, GLENN CORNWELL, Jr., pursuant to Local Rule 83-182(g),

23 and this Court's order filed March 31, 2006, and requests that the Court approve substitution of A. Richard

24 Ellis for the Federal Defender as counsel for Petitioner.

25         On March 31, 2006, Petitioner applied to this Court for a stay of execution, leave to

26 proceed *in forma pauperis*, and for the appointment of counsel.  Doc. 1.  Petitioner submitted with his

27 application a declaration stating that he wishes to seek federal habeas corpus relief, that he is eligible to

28 proceed *in forma pauperis*, and that he requests appointment of counsel.  Specifically, Petitioner requested

1  that "the Court grant the request for appointment of counsel and refer the matter to the Selection Board for
2  a nomination of counsel to be appointed." Doc. 1 at 2:10-11 (relying upon Local Rule 81-191(d)(1)).
3  Petitioner informed the Court that his state appellate lawyer was unavailable to represent him in federal
4  habeas corpus proceedings. *Id.* at 1:23-24.

5  Petitioner also submitted with his application a proposed order providing that the matter of
6  counsel would be "referred to the Eastern District Selection Board for the recommendation by the
7  Selection Board of qualified counsel available to represent Petitioner." Doc. 1 at 1:25-27. These papers
8  were filed on Petitioner's behalf by Joseph Schlesinger who is the supervising attorney in the Federal
9  Defender Capital Habeas Unit, and the chairman of the Selection Board. Mr. Schlesinger requested that
10 the matter of counsel be referred to the Selection Board because the Federal Defender was unable to assign
11 an attorney to Petitioner's case.

12 On April 6, 2006, this Court entered an order granting Petitioner's application to proceed *in
13 forma pauperis* and his application for appointment of counsel. Doc. 3 at 120-23. However, the Court
14 declined to refer the matter of counsel to the Selection Board. The Court appointed the Federal Defender
15 to represent Petitioner, "[p]ending approval by the Court of substitute counsel." *Id.* at 1:23-24. The Court
16 further stated that it was "unlikely to approve appointment of private counsel if private counsel are the sole
17 counsel in the case." *Id.* at 2:1-2.

18 Petitioner has the right to appointment of qualified counsel to assist him in seeking habeas
19 corpus relief from this Court. 18 U.S.C. § 3599(a) (2006 Suppl.); *McFarland v. Scott*, 512 U.S. 849
20 (1994). Where state appellate counsel is not available to represent an indigent, death-sentenced petitioner
21 before this Court, Local Rule 81-191(d)(1) provides that an "attorney shall be appointed from the panel of
22 qualified attorneys certified by the selection board." In some cases, referral to the Selection Board is
23 unnecessary because the Federal Defender is able to provide counsel. In others, such as this one, a private
24 attorney must be appointed.

25 Pursuant to Local Rule 81-191(d)(1), attorney A. Richard Ellis, applied to the Selection
26 Board for inclusion among the panel of attorneys qualified for appointment in death penalty cases. The
27 Selection Board approved his application, and hereby proposes his appointment to represent Petitioner
28 Cornwell.

Mr. Ellis met with Petitioner. Following that meeting, Petitioner wrote to the Selection Board and requested that Mr. Ellis be appointed as his federal habeas counsel.

Mr. Ellis hereby advises the Court that he is prepared to represent Petitioner in these federal habeas corpus proceedings.

WHEREFORE, Petitioner respectfully requests that this Court approve the substitution of A. Richard Ellis for the Federal Defender as counsel for Petitioner in this case.

Dated: October 23, 2006

        Respectfully submitted,

        DANIEL J. BRODERICK
        Federal Defender

        JOSEPH SCHLESINGER
        Assistant Federal Defender

By:   /s/ Tivon Schardl
       TIVON SCHARDL
       Assistant Federal Defender

By:   /s/ A. Richard Ellis
       A. RICHARD ELLIS
       Attorney at Law

       Attorneys for Petitioner
       GLENN CORNWELL, Jr.

**IT IS SO ORDERED.** [1]

Dated:  11/07/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

corn0705.sub

---

[1] Mr. Ellis shall appear for a scheduling conference on December 14, 2006, at 10:00 a.m. Five court days prior to that conference, Mr. Ellis shall submit a proposed budget for Phases I and II on the capital case budget spread sheet accompanied by a declaration which justifies the requested expenditures on a line by line basis. Both the spread sheet and the declaration are ordered to be filed under seal. The court may hold an in camera hearing on the proposed budget on the date set for status conference. The court will issue a separate order concerning preparation for that scheduling conference with which the Attorney General will be served.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28