IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN CORNWELL, JR.,

    Petitioner,

vs.

EDDIE YLST, Acting Warden of the California State Prison at San Quentin,

    Respondent.

No. CIV S-06-0705 DFL GGH P

**DEATH PENALTY CASE**

ORDER

A scheduling conference is set in this case for December 14, 2006. The parties should be prepared to discuss the date for filing a petition in this case and exhaustion issues. The court will hold a separate, ex parte, budgeting conference after the scheduling conference.

DATED: 11/13/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

corn0705.sch

1