IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| GLENN CORNWELL, JR.<br><br>Petitioner,<br><br>v.<br><br>EDDIE YLST, Acting Warden of the California State Prison at San Quentin,<br><br>Respondent. | Case No. CIV S-06-0705 DFL GGH P<br><br>**CAPITAL CASE**<br><br>___ **UNOPPOSED MOTION TO CONTINUE SCHEDULING AND BUDGETING CONFERENCES**<br><br>(Death Penalty Habeas Corpus Case) |

## ORDER

Came on for consideration this day Petitioner's Unopposed Motion to Continue Scheduling and Budgeting Conference. For good cause showing, the scheduling and separate ex parte budgeting conference is continued to January 15, 2007.

IT IS SO ORDERED.

DATED: Dec 5, 2006

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE