IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| GLENN CORNWELL, JR.<br><br>Petitioner,<br><br>v.<br><br>EDDIE YLST, Acting Warden of the California State Prison at San Quentin,<br><br>Respondent. | Case No. CIV S-06-0705 DFL GGH P<br><br>**CAPITAL CASE**<br><br>2ⁿᵈ UNOPPOSED MOTION TO CONTINUE SCHEDULING AND BUDGETING CONFERENCES<br><br>(Death Penalty Habeas Corpus Case) |

**ORDER**

Came on for consideration this day Petitioner's Unopposed Motion to Continue Scheduling and Budgeting Conference. For good cause showing, the scheduling and separate *ex parte* budgeting conferences are continued to February 15, 2007.

IT IS SO ORDERED.

DATED: Jan. 10, 2007

GREGORY G. HOLLOWS
———————————————
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

Continue Sch. Conf.2     -5-     *Cornwell v. Ylst*, CIV S-06-0705 DFL GGH