IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| GLENN CORNWELL, JR. ) | |
| ) | Case No. CIV S-06-0705 DFL GGH P |
| Petitioner, ) | |
| ) | **CAPITAL CASE** |
| v. ) | |
| ) | |
| ) | ___3rd UNOPPOSED MOTION TO |
| EDDIE YLST, Acting Warden of the ) | CONTINUE SCHEDULING AND |
| California State Prison at San Quentin, ) | BUDGETING CONFERENCES |
| ) | |
| Respondent. ) | |
| ) | (Death Penalty Habeas Corpus Case) |

### ORDER

Came on for consideration this day Petitioner's Unopposed Motion to Continue Scheduling and Budgeting Conference. For good cause showing, the scheduling and separate *ex parte* budgeting conferences are continued to March 22, 2007 @ 10 a.m.

IT IS SO ORDERED.

DATED: Feb. 14, 2007

_____
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE