IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN CORNWELL, JR.,

      Petitioner,                No. 2:06-cv-00705 JAM KJN DP

    vs.                         DEATH PENALTY CASE

WARDEN,
 San Quentin State Prison,

      Respondent.          ORDER

_____/

On February 22, 2007, petitioner filed a "protective" petition for writ of habeas corpus and a request to stay the federal proceedings pending exhaustion of his state remedies. (Dkt. Nos. 15 and 16.) These federal proceedings were stayed until recently when petitioner's counsel informed the court that exhaustion is complete. (Dkt. No. 33.) The undersigned recommended lifting the stay and scheduled a case management conference, which was held on March 18, 2010. (Dkt. No. 34.) At the conference, Richard Ellis appeared for petitioner. Tami Krenzin appeared for respondent. At the conclusion of that conference, counsel for respondent was excused, and the undersigned conducted an ex parte budgeting conference with counsel for

////

////

1

1  petitioner.  A separate, sealed order will issue regarding matters discussed at the budgeting

2  conference.[1]

3              Based on the representations of counsel, and good cause appearing, IT IS

4  HEREBY ORDERED as follows:

5              1.  Within thirty days of the filed date of this order respondent shall lodge the state

6  court record and file an index in conformance with Local Rule 191(j)(1).

7              2.  By February 9, 2011, petitioner shall file his first amended petition.  This date

8  is based on petitioner's counsel's representation of the time it will take him to familiarize himself

9  with the case and prepare an amended petition.  Petitioner's counsel is advised that by setting this

10 date, the court takes no position on any issues regarding the statute of limitations.

11             3.  After the petition is filed, the court will order a case management conference to

12 set a date for respondent to file the answer or motion to dismiss.

13 DATED:  March 18, 2010

14

15                                          _____
                                           KENDALL J. NEWMAN

16                                         UNITED STATES MAGISTRATE JUDGE

17 cornwell cmc 1.or2

18

19

20

21

22

_____

23    [1]  Since budget applications require disclosure of matters protected by the attorney-client
   privilege or work product doctrine, confidentiality is an inherent and necessary part of the
24 budgeting process.  See Fed. R. Civ. P. 26(b)(3).  Accordingly, orders and filings regarding
   petitioner's counsel's budgets will be filed under seal and not served on counsel for respondent.
25 Cf. 18 U.S.C. § 3599(f).  The provisions of Local Rule 141 regarding the notice of filing a sealed
   document is suspended with respect to budget documents.  Any ex parte court proceeding
26 regarding funding will be reported and maintained under seal.