# OFFICE OF THE FEDERAL DEFENDER
## EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender
0035

Linda Harter
Chief Assistant Defender

March 22, 2010

Allen Richard Ellis, Esq.
75 Magee Avenue
Mill Valley, CA 94941

**FILED**

MAR 2 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Re:  **Glenn Cornwell, Jr. v. Ylist**
     **Civ.S-06-0705 JAM KJN DP**

Dear Mr. Ellis:

    This will confirm your appointment as counsel by the Honorable Kendall J. Newman., U.S. Magistrate Judge, to represent the above-named client. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

    Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms.

    If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Sincerely,

Yvonne Jurado
CJA Panel Assistant

:yj
Enclosures

cc: Clerk's Office

CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev.12/03)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED<br>Glenn Cornwell, Jr. | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>2:06-cv-0705 JAM KJN | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name)<br>Cornwell v. Ylst | 8. TYPE PERSON REPRESENTED<br>☑ Adult Defendant  ☐ Appellant  ☐ Other<br>☐ Habeas Petitioner  ☐ Appellee | | 9. REPRESENTATION TYPE<br>☑ D1 28 U.S.C. § 2254 Habeas (Capital)  ☐ D3 28 U.S.C. § 2255 (Capital)<br>☐ D2 Federal Capital Prosecution  ☐ D4 Other (Specify) | |

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

11. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Allen Richard Ellis
Attorney at Law
75 Magee Ave.
Mill Valley, CA 94941

Telephone Number: (415) 389-0251

13. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

12. COURT ORDER:
☑ O Appointing Counsel          ☐ C Co-Counsel
☐ F Subs For Federal Defender   ☐ R Subs For Retained Attorney
☐ P Subs For Panel              ☐ Y Standby Counsel

Prior Attorney's: _____  Appointment Date: _____

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case.

(B) The attorney named in Item 11 is appointed to serve as: ☐ LEAD COUNSEL  ☐ CO-COUNSEL
Name of Co-Counsel
or Lead Counsel: _____  Appointment Date: _____

(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead in counsel or co-counsel).

☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time, for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.

Signature of Presiding Judge or By Order of the Court

3/16/10                           11/7/2006
Date of Order                     Nunc Pro Tunc Date

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment.
☐ YES   ☐ NO

**CLAIM FOR SERVICES AND EXPENSES**

14. STAGE OF PROCEEDING Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. ☐ Pre-Trial        e. ☐ Appeal
b. ☐ Trial            f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari
c. ☐ Sentencing
d. ☐ Other Post Trial

HABEAS CORPUS
g. ☑ Habeas Petition     k. ☐ Petition for the U.S. Supreme Writ of Certiorari
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal

OTHER PROCEEDING
l. ☐ Stay of Execution         o. ☐ Other
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay

**HOURS AND COMPENSATION CLAIMED** | **FOR COURT USE ONLY**

| 15. CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (RATE PER HOUR = $ ) | | | | IN COURT TOTAL Category a | IN COURT TOTAL Category a |
| b. Interviews and Conferences with Client | | | | | |
| c. Witness Interviews | | | | | |
| d. Consultation with Investigators & Experts | | | | 0.00 | |
| e. Obtaining & Reviewing the Court Record | | | | | |
| f. Obtaining & Reviewing Documents and Evidence | | | | OUT OF COURT TOTAL Categories b-j | OUT OF COURT TOTAL Categories b-j |
| g. Consulting with Expert Counsel | | | | | |
| h. Legal Research and Writing | | | | | |
| i. Travel | | | | 0.00 | |
| j. Other (Specify on additional sheets) | | | | | |
| TOTALS: Categories b thru j (RATE PER HOUR = $ ) | | 0.00 | | | |

**CLAIM FOR TRAVEL AND EXPENSES** (attach itemization of expenses with dates)

| 16. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 17. Other Expenses (other than expert, transcripts, etc.) | | | | | |

**GRAND TOTALS (CLAIMED AND ADJUSTED):**

| 18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>FROM: _____ TO: _____ | 19 APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 20. CASE DISPOSITION |
|---|---|---|

21. CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this   ☐ YES   ☐ NO   If yes, were you paid?   ☐ YES   ☐ NO

Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.

I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____  Date _____

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| 27. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 27a. JUDGE CODE |