IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN CORNWELL, JR.,

        Petitioner,                      No. 2:06-cv-00705 JAM KJN

    vs.                              DEATH PENALTY CASE

WARDEN,
 San Quentin State Prison,

        Respondent.                 <u>ORDER</u>

                              /

       Petitioner, a state prisoner under sentence of death, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On March 2, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1.  The findings and recommendations filed March 2, 2010 are adopted in full; and

2.  The stay of these proceedings ordered on July 17, 2009 is lifted.

DATED:   April 28, 2010

                                            /s/ John A. Mendez
                                            UNITED STATES DISTRICT JUDGE

cornwell.801