IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN CORNWELL, JR.,

    Petitioner,

vs.

WARDEN,
 San Quentin State Prison,

    Respondent.
_____/

No. 2:06-cv-00705 JAM KJN

DEATH PENALTY CASE

ORDER

    Petitioner filed a petition on February 8, 2011. The undersigned will hold a status conference on March 3, 2011 at 10:00 a.m. The parties shall be prepared to discuss:

    1. whether respondent feels any claims are unexhausted or barred by the procedural default doctrine, and

    2. a date for filing an answer and/or any motion to dismiss.

DATED: February 10, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cornwell sts.or

1