IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN CORNWELL, JR.,

       Petitioner,                No. 2:06-cv-00705 JAM KJN

    vs.                          DEATH PENALTY CASE

WARDEN,
San Quentin State Prison,

       Respondent.           ORDER

_____/

        On March 3, 2010, the undersigned held a status conference. Richard Ellis appeared for petitioner. Tami Krenzin appeared for respondent. Good cause appearing, IT IS HEREBY ORDERED as follows:

        1. By May 17, 2011, respondent shall file a motion to dismiss which covers all defenses based on the doctrines of procedural default, exhaustion, and statute of limitations. The court will only extend this deadline upon a showing of extraordinary circumstances. Within sixty days of the filing of respondent's motion, petitioner shall file an opposition. Within thirty days of the filing of the opposition, respondent shall file any reply.

////

////

1

        2. After receipt of all the briefs, the court will schedule argument on the motion.

DATED: March 4, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cornwell sts.or