IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN CORNWELL, JR.,

      Petitioner,                      No. 2:06-cv-00705 JAM KJN

     vs.                                DEATH PENALTY CASE

WARDEN,
 San Quentin State Prison,

      Respondent.                   ORDER

_____/

         In findings and recommendations issued on October 25, 2011, the undersigned found several claims in the first amended petition unexhausted. (Dkt. No. 84.) On December 15, 2011, the district judge adopted the findings and recommendations in full. (Dkt. Nos. 85 and 87.) Since a federal court may not adjudicate a mixed petition, the next step in these proceedings is addressing the presence of unexhausted claims in the first amended petition. See Rose v. Lundy, 455 U.S. 509 (1982).

         Within ten days of the filed date of this order, petitioner shall inform the court whether he wishes to: (1) dismiss the first amended petition under Rose; (2) file a second amended petition without the unexhausted claims, as described in Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003), overruled on other grounds by Robbins v. Carey, 481 F.3d 1143 (9th Cir. 2007);

1

or (3) file a motion for stay and abeyance under <u>Rhines v. Weber</u>, 544 U.S. 269 (2005). Within five days of petitioner's filing, respondent shall file a response.

    IT IS SO ORDERED.

DATE: January 6, 2012

                          _____
                          KENDALL J. NEWMAN
                          UNITED STATES MAGISTRATE JUDGE

cornwell mixed pet sts.or