UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN CORNWELL, JR., | No. 2:06-cv-00705 TLN-KJN |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

Petitioner, who is represented by counsel, has filed a pro se document dated March 8, 2017. Pro se filings by plaintiff will be disregarded because he is represented by counsel, and no orders will issue in response to future filings. All filings must be through counsel. The Clerk of the Court shall serve a courtesy copy of this order to petitioner, Glenn Cornwell, Jr., CDCR #D-08714, at San Quentin State Prison, San Quentin, CA 94974.

Dated: March 16, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

corn0705.pro_se_filings