UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN CORNWELL, JR., | No. 2:06-cv-00705 TLN-KJN |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

Petitioner, who is represented by counsel, has filed another pro se filing titled "Notice of On-Going Criminal Judicial Misconduct under the Color of Unlawful, Unconstitutional Authority." (ECF No. 117.) Petitioner has already been advised that pro se filings will be disregarded because he is represented by counsel and that no orders will issue in response to future filings. (See ECF No. 116.) Petitioner shall cease filing pro se filings; all filings must be through counsel. While the court understands that petitioner may be frustrated by the delays in the processing of his case, he is advised that the Eastern District of California maintains one of the heaviest caseloads in the nation, a significant portion of which is comprised of pro se inmate cases. This sometimes causes unavoidable delays in the resolution of individual matters, and petitioner's pro se filings do nothing but further slow the court's ability to address his case. The

////

////

Clerk of the Court shall serve a courtesy copy of this order to petitioner, Glenn Cornwell, Jr., CDCR #D-08714, at San Quentin State Prison, San Quentin, CA 94974.

Dated: April 27, 2017

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

corn0705.pro_se_filings(2)