IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLENN CORNWELL, Jr.,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**EDDIE YLST, WARDEN,**<br><br>　　　　　　　　　　Respondent. | Case No. 2:06-cv-0705 TLN KJN (DP)<br><br>**ORDER** |

  Petitioner is a state prisoner under sentence of death. On April 11, 2018, the undersigned granted respondent's motion for extension of time to file objections to the findings and recommendations. On April 16, 2018, petitioner filed a request for clarification, pointing out the order referenced the wrong docket number, and did not address petitioner's motion for extension. Petitioner's motion for clarification is granted.

  Good cause appearing, both parties' requests for extensions of time to file objections are granted. Accordingly, IT IS HEREBY ORDERED that:

  1. Respondent's April 9, 2018 request (ECF No. 120) is granted;

  2. Petitioner's April 9, 2018 motion (ECF No. 121) is granted; and

////

////

3. Both parties are granted an extensions until June 15, 2018, to file objections to the February 15, 2018 findings and recommendations.

Dated: May 7, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/corn0705.eotr