UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN CORNWELL, JR., <br><br> Petitioner, <br><br> v. <br><br> WARDEN, San Quentin State Prison, <br><br> Respondent. | No. 2:06-cv-0705 TLN CSK DP <br><br> **DEATH PENALTY CASE** <br><br> ORDER REQURING JOINT STATUS REPORT RE SCHEDULING |

    Petitioner is a state prisoner under sentence of death.  In addressing the application of 28 U.S.C. § 2254(d) to each of petitioner's claims, the district court deferred consideration of the pending procedural default issues.  Pursuant to the parties' prior joint status report, respondent confirmed that procedural default challenges are limited to Claim 3(e), whether trial counsel unreasonably failed to rebut the prosecutor's argument that because petitioner was not insane at the time of the 1983 and 1992 crimes, there was no mitigation, and Claim 34, ineffective assistance of state habeas counsel, and respondent proposed that "the procedural bars be addressed in post-discovery or evidentiary hearing briefing when the parties brief the merits of the remaining claims."  (ECF No. 131 at 2.)  Petitioner raised no objection, and by order filed March 25, 2021, the procedural default challenges were so limited.  (ECF No. 133 at 3.)

    Subsequently, in March 2022, the parties' motions for discovery were addressed, and the production of particular documents was ordered.  (ECF Nos. 141, 142.)

1

1   In the March 25, 2021 order, the previously assigned magistrate judge noted that petitioner would seek an evidentiary hearing on Claim 3, contemplated to be filed 45 days after completion of the discovery process, and ordered petitioner to file the motion for evidentiary hearing 45 days following completion of the discovery process involving all sub-claims of Claim 3 and Claim 34.  (ECF No. 133 at 2-3.)  Over two and one-half years have passed since the discovery motions were addressed by the Court in March 2022, and no motion for evidentiary hearing has been filed.  The Court therefore presumes that petitioner no longer seeks an evidentiary hearing.

Therefore, the parties are directed to file, within thirty days from the date of this order, a joint status report setting forth a briefing schedule on the remaining procedural default issues and the merits of the remaining claims.

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, the parties shall file a joint status report setting forth a briefing schedule on the remaining procedural default issues and the merits of the remaining claims.

Dated:  October 15, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/corn0705.sr