UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN CORNWELL, JR.,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>    Respondent. | No.  2:06-cv-0705 TLN CSK<br><br>**DEATH PENALTY CASE**<br><br>ORDER GRANTING FIRST EXTENSION OF TIME TO FILE JOINT STATUS REPORT (UNOPPOSED) |

    Petitioner seeks an additional fourteen days, until November 29, 2024, to comply with the October 16, 2024 order requiring the parties to file a joint status report setting forth a briefing schedule on the remaining procedural default issues and the merits of the remaining claims. Petitioner was recently moved to the California Medical Facility at Vacaville, and petitioner's counsel needs additional time to "ascertain that the proposed plan for future actions and briefing in this case are understood and approved by [petitioner]."  (ECF No. 149 at 1.)  Respondent does not oppose the request.

    For good cause shown, IT IS HEREBY ORDERED that:

    1.  Petitioner's motion (ECF No. 149) is granted; and

    2.  On or before November 29, 2024, the parties shall file their joint status report as required by the October 16, 2024 order.

Dated: November 6, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/cw/corn0705.eot.sr