UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN CORNWELL, JR.,<br><br>               Petitioner,<br><br>     v.<br><br>WARDEN, San Quentin State Prison,<br><br>               Respondent. | No.  2:06-cv-0705 TLN CSK DP<br><br>**DEATH PENALTY CASE**<br><br>ORDER SETTING BRIEFING SCHEDULE |

    Petitioner is a state prisoner under sentence of death.  Pursuant to Court order, the parties filed a joint status report setting forth a proposed briefing schedule.  (ECF No. 152.)  Good cause appearing, the Court sets the following briefing schedule for this action.

    Accordingly, IT IS HEREBY ORDERED that:

1. Within ninety days from the date of this order, petitioner shall file his brief on the remaining procedural default issues and the merits of the remaining claims.  Ninety days after service of petitioner's brief, respondent shall file a responsive brief.  Petitioner's reply, if any, within 45 days from the date respondent's responsive brief was served.

2. Petitioner filed a motion for evidentiary hearing on December 12, 2024.  (ECF No. 153.)  Respondent's response to the motion shall be filed 21 days from the date of service of the motion.  Petitioner's reply, if any, shall be filed fourteen days after

1 | service of the opposition.

Dated:  December 17, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/corn0705.brf

2