IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN CORNWELL, Jr., | Case No. 2:06-cv-0705 TLN CSK DP |
| Petitioner, | |
| v. | DEATH PENALTY CASE |
| EDDIE YLST, WARDEN, | [PROPOSED] ORDER |
| Respondent. | |

On December 18, 2024, respondent filed a request for an unopposed extension of time to file a response to petitioner's motion for an evidentiary hearing and motion to expand the record. Good cause appearing, IT IS HEREBY ORDERED that respondent's request (ECF No. 155) is granted. Respondent shall have an additional thirty days, to and including February 3, 2025, to file a response to petitioner's motion for an evidentiary hearing and motion to expand the record (ECF No. 153).

Dated: December 20, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/corn0705.ext.evid