1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   GLENN CORNWELL, JR.,                    No. 2:06-cv-0705 TLN CSK DP

11              Petitioner,                  **DEATH PENALTY CASE**

12        v.                                 ORDER VACATING BRIEFING SCHEDULE

13   WARDEN, San Quentin State Prison,

14              Respondent.

15

16        Petitioner is a state prisoner under sentence of death.  Petitioner filed a motion for

17   evidentiary hearing and respondent filed a statement of non-opposition to the motion.  In light of

18   the pendency of petitioner's motion for evidentiary hearing, the Court grants respondent's motion

19   to vacate the December 17, 2024 briefing schedule on the remaining procedural default issues and

20   the merits of the remaining claims, rendering respondent's motion for extension of time to file

21   briefing moot.

22        Accordingly, IT IS HEREBY ORDERED that:

23        1.  Respondent's motion to vacate the December 17, 2024 briefing schedule (ECF
             No. 158) is granted; and
24

25        2.  Petitioner's motion for extension (ECF No. 159) is denied as moot.

26   Dated:  March 14, 2025

27                                           _____

28   /1/corn0705.vac                         CHI SOO KIM
                                             UNITED STATES MAGISTRATE JUDGE

                                             1