UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLENN CORNWELL, Jr.**, | No. 2:06-cv-0705 TLN CSK DP |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | |
| **WARDEN, SAN QUENTIN STATE PRISON**, | <u>ORDER</u> |
| Respondent. | |

Petitioner is a state prisoner under sentence of death. On November 14, 2025, petitioner filed a reply to respondent's opposition to petitioner's second motion for evidentiary hearing. (ECF No. 168.) Petitioner argues that respondent waived any objection to the evidentiary hearing based on respondent's prior non-opposition to the motion for evidentiary hearing. (<u>Id.</u> at 5.) Because respondent did not have an opportunity to address this argument, respondent is granted twenty-one days to file a surreply to petitioner's reply.

Accordingly, IT IS HEREBY ORDERED that respondent shall file a surreply to petitioner's reply (ECF No. 168) within twenty-one days from the date of this order.

Dated: November 18, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/corn0705.sur

1