UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GLENN CORNWELL, JR.,

Petitioner,

v.

WARDEN, SAN QUENTIN STATE PRISON,

Respondent.

No. 2:06-cv-00705-TLN-CSK

**ORDER**

Petitioner Glenn Cornwell, Jr. ("Petitioner") is a state prisoner under sentence of death. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 28, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 171.) No party filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 171) are ADOPTED IN FULL;

2. Petitioner's request to expand the record is granted, subject to Respondent's reservation;

3. Petitioner's motion for evidentiary hearing (ECF No. 153) is GRANTED in part and DENIED in part. The motion for evidentiary hearing as to the ineffective assistance of counsel subclaims (a) through (g) in Claim 3 is GRANTED, and DENIED as to subclaim (h) in Claim 3; the motion for evidentiary hearing on the ineffective assistance of appellate counsel claim prong of Claim 34 is DENIED; and the motion for evidentiary hearing as to the habeas counsel claim prong of Claim 34 is DENIED without prejudice. Petitioner is granted leave to file a second motion for an evidentiary hearing as to the habeas counsel claim prong of Claim 34, which he filed on October 28, 2025; and

4. This matter is referred back to the magistrate judge for consideration of the second motion for evidentiary hearing (ECF No. 166).

IT IS SO ORDERED.

DATE: September 28, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE